**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JEFFREY J. QUELET : | |
| : | |
| v. : | Civil No. CCB-12-1876 |
| : | |
| : | |
| VERNON PRESTON *et al.* : | |
| : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Pursuant to 28 U.S.C. § 1406(a), this case is **Transferred** to the Middle District of Pennsylvania; and

2. The Clerk shall **CLOSE** this case.

| | |
|---|---|
| 9/24/12 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |